**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                                            **RE:**    **Abbas DALIRI**
                                                                      **Docket Number:   2:03CR00016-01**
                                                                      **PERMISSION TO TRAVEL**
                                                                      <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Hong Kong and Beijing, China.  Mr. Daliri is current with all supervision obligations, has paid all financial obligations in full, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 28, 2003, Abbas Daliri was sentenced for the offense(s) of 18 USC 1344 - Bank Fraud (CLASS B FELONY).

**Sentence imposed:**  3 months custody Bureau of Prisons;  $100 special assessment; $34,983.26 restitution;  60 months Supervised Release; Special conditions:  warrantless search; financial disclosure; no new credit; 90 days home detention.

**RE:    DALIRI, Abbas**
       **Docket Number:   2:03CR00016-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Dates and Mode of Travel:**  July 22, 2006 through July 29, 2006; via United Airlines.

**Purpose:**  Personal vacation.

                                    Respectfully Submitted,

                                    /s/ Jeffrey C. Oestreicher

                                    **JEFFREY C. OESTREICHER**
                                    **United States Probation Officer**

**DATED:**    July 5, 2006
             Redding, California

                            /s/ Richard A. Ertola
**REVIEWED BY:**    _____
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____✔_____          Disapproved _____

                                    /s/ Lawrence K. Karlton
 July 6, 2006                       _____
**Date**                            **HON. LAWRENCE K. KARLTON**
                                    **Senior United States District Judge**